PROB. 12B
(7/93)

ORIGINAL

# United States District Court

for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 01 2007

at 2 o'clock and __ min __ M
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  MICHAEL CHUN                Case Number: CR 03-00083SOM-03

Name of Sentencing Judicial Officer:   The Honorable Susan Oki Mollway
                                        U.S. District Judge

Date of Original Sentence:  1/5/2004

Original Offense:   Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, a Class A felony

Original Sentence:  Thirty seven (37) months imprisonment and four (4) years supervised release with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; 3) That the defendant provide the Probation Office access to any requested financial information; and 4) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Type of Supervision:  Supervised Release     Date Supervision Commenced: 2/27/2006

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

*Michael John Chun as a condition of supervision, shall refrain from any unlawful use of a controlled substance. Shall submit to one drug test within 15 days of the commencement of supervision and at least two periodic drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.*

## CAUSE

The subject's term of supervised release commenced in the Central District of California (CD/CA) on 2/27/2006. Our office recently received a letter from the subject's supervising probation officer in that district requesting the above-noted modification. Reportedly, the subject recently completed an outpatient substance abuse treatment program. In light of U.S. vs. Stephens, the probation officer is requesting the authority to continue random drug testing in order to monitor the subject's compliance. The subject's substance abuse history includes the routine abuse of crystal methamphetamine. The subject also admitted to using alcohol, cocaine, and marijuana prior to his arrest for the instant offense. Additionally, the subject was convicted of Driving Under the Influence of Alcohol in 1995.

Given the relationship between substance abuse and criminal activity, controlling strategies to detect substance abuse need to be continued following the successful transition from outpatient treatment. Allowing the probation officer to continue random drug testing after treatment is considered the most reliable method for monitoring relapse.

Prob 12B
(7/93)

3

      Our office supports this request and respectfully recommends the Court modify the mandatory drug testing condition (general condition) to authorize and allow random drug testing to continue for the duration of the subject's supervision term. Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification.

Respectfully submitted by,

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 2/28/2007

---

THE COURT ORDERS:

[ X ]   The Modification of Conditions as Noted Above
[   ]   Other

SUSAN OKI MOLLWAY
U.S. District Judge

FEB 2 8 2007
Date

PROB 49
(3/89)

# United States District Court

District   Hawaii

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Michael John Chun as a condition of supervision, shall refrain from any unlawful use of a controlled substance. Shall submit to one drug test within 15 days of the commencement of supervision and at least two periodic drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.

Witness _____          Signed _____
        U.S. Probation Officer                           Probationer or Supervised Releasee

                        2·05·07
                        _____
                         Date